
FILED
2010 Apr-01 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES NOLAND, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 7:10-CV-00450-LSC |
| | ] |
| ALLIED INTERSTATE, INC., | ] |
| | ] |
| | ] |
| Defendant. | ] |

ORDER

The Court has for consideration a motion by the Defendant to dismiss this action for failure to state a claim for which relief can be granted. (Doc. 4.) Plaintiff has alleged that the Defendant violated the Fair Debt Collection Practices Act by engaging in collection activities without paying a licensing fee Plaintiff maintains is required by Alabama law. Plaintiff's complaint and factual allegations are virtually identical to those filed in *Spencer v. Central Credit Service*, 7:10-cv-00064-LSC. The Court sees no need to repeat the factual and legal findings made in the memorandum of opinion filed in that case on April 1, 2010 (Doc. 18) and hereby adopts the

legal reasoning and conclusions contained therein *in toto*.  Therefore, the

Defendant's motion to dismiss is GRANTED.  The above-entitled action is

DISMISSED with prejudice.  Costs are taxed to the Plaintiff.

Done this <u>1st</u> day of April 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE